**No. 66233.**—Sol Westheimer Co., Inc. *v.* United States, protests 58/20150 and 59/28789 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of hemp corsages similar in all material respects to those the subject of Abstract 63552, the claim of the plaintiff was sustained.

**No. 66234.**—Pez Haas, Inc. *v.* United States, protests 60/18542, etc. (New York).

Opinion by OLIVER C. J. In accordance with stipulation of counsel that the merchandise consists of Pez candy dispensers the same in all material respects as those the subject of Abstract 65026, the claim of the plaintiff was sustained.

**No. 66235.**—Karl Schroff & Assoc. *v.* United States, protests 58/25409–10257 and 59/15587–10784 (Chicago).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the merchandise was held dutiable, as claimed, at the applicable rates in effect on the respective dates of importation under the pertinent trade agreements.